No. 98–1267. KERGER v. BOARD OF TRUSTEES OF COMMUNITY COLLEGE DISTRICT NO. 502, COUNTY OF DUPAGE AND STATE OF ILLINOIS, AKA COLLEGE OF DUPAGE. App. Ct. Ill., 2d

Dist.   Certiorari denied.